

RECEIVED
Jun 14, 2013
JUN 1 4 2013

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Edward Hambrick

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago Police Dept.;
State of Illinois
Attorney General;
Cook County Attorney General

13 C 4420
Judge John W. Darrah
Magistrate Judge Daniel G. Martin

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

   A.  Name: Edward Hambrick

   B.  List all aliases: _____

   C.  Prisoner identification number: 635162 (#20130408013)

   D.  Place of present confinement: Cook County Dept. of Corrections

   E.  Address: 2600 S. California Chg IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: officer: Habiak, Rodreguz, Johnson, Proano, Unknown

       Title: Chicago Police Officer(s)

       Place of Employment: City of Chicago Police Department

   B.  Defendant: Attorney Cherly Galvin

       Title: Assistant Cook County Attorney

       Place of Employment: Cook County Illinois

   C.  Defendant: Lisa Madigan

       Title: Illinois State Attorney General

       Place of Employment: State of Illinois

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____
_____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D.    List all defendants: _____
_____
_____
_____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____
_____

    G.    Basic claim made:_____
_____
_____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Saturday July 2, 2011 while visiting Chicago from South Dakota, I was traveling to my mother's house to pick up my oldest daughter to travel to Madison Wisconsin to see my other children for the holiday, when I was pulled over by 4 Chicago Police officers for an erroneous traffic violation. I pulled my truck over at the northeast corner of 79th Street at Marshfield, turned off my vehicle and reached to unbuckle my seatbelt to retrieve my wallet. As I was doing this an unmarked squad car suddenly pulled diagonally in front of my truck and 2 plain clothes officers jumped out and the officer who was in the passenger seat (officer Rodreguiz) covered his weapon with one hand and pointed at me with the other and ordered me to get my hands up. I immediately followed his orders and raised my hands now with my wallet in my right hand. I kept eye contact with this officer as he proceeded towards my car door. Suddenly my door was opened by a uniformed officer from behind. He opened my door wide and asked me "Do you have anything on you that I should know about?" I replied no. He then reached in and grabbed my wallet from my hands and stated "I'll take that." He then ordered me out of the car, hand cuffed me and walked me to the police car behind my truck to the

rear passenger side. As he was walking me to this location, I asked, "what did I do wrong, what's going on?" He stated, "I pulled you over because you didn't know which direction you wanted to turn." "Is that a crime!?" I asked. He didn't respond. "Is that a reason to handcuff me?" He didn't respond. By this time, I noticed the other 3 officers in my vehicle performing a unconsented warrantless search. Again I asked the officer holding me, "what are you doing, you can't just go into my truck, this is some bullshit, why are you doing this!?" I was very livid and disgusted. The officer just ignored my questions. I stood there defenseless as they searched my vehicle. The officer (Podreguiz) who first ordered me to get my hands up and the nearest to the drivers side door when I was removed from my vehicle came around and whispered something to the officer holding me and then walked away. The officer holding me then stated "I thought I asked you if you had anything on you that I should know about?" I replied "I don't, did you find anything on me?" He asked, "who's gun is that in the truck?" I replied "Mines, I carry it because I'm traveling from out of town." He then researched me and noticed my holster on my belt. He then stated "(The) Chicago has a city ordinance banning guns, what do you think this is the wild west? Why do you carry a gun?" I replied, "For the same reason you carry a gun officer, to protect myself." I told him I was on my way to Madison Wisconsin and that I have a drivers lisence and a permit to carry from South Dakota where I live. I asked him "Did you take a Oath to protect and defend the United States Constitution?" He replied "Yes, we all did." I told him, "right now you are violating that Oath and

Revised 9/2007

violating my rights." I was subsequently charged with failing to wear a seatbelt and Aggravated Unlawful Use of a Weapon - Conceal and Carry violation. Essentially my crime was my claim and exercise of my Federal Constitution Right to keep and bear Arms.

At preliminary hearing, a fifth officer, who was not at the scene, nor the arresting officer testified that, I cut him off from a parked position on a residential block and that he noticed when I cut him off that I was not wearing a seat belt through tinted windows and at 10 o'clock at night. That as they were approaching my vehicle I was making "furtive movements" and that they were fearful of me being armed and dangerous and "asked" me to exit the vehicle. At which time "I" open door to exit and he observed a chrome handgun in the door pocket "in plain view." Yet when crossed examine by defense this officer did not know the location of the door pocket on the door, did not know the color of the door panel nor the material of the door panel which not only has a larger surface than of the top surface of the gun that could be seen, But was also in plain view as he stated. This officer Proano was not at the scene, was not the officer who placed handcuffs on me or read me my Miranda Rights, which by the way were read to me at the end of questioning, was not a witness to the events of July 2, 2011.

On Monday December 11, 2012 I presented to the court my argument to my motion to dismiss due to the Unconstitutionality of Illinois UUW - conceal and carry law. On record I reminded the Court of its Oath to the Federal Constitution and reserved my Common Law Rights to preserve my rights under Common Law. I made this statement because there is a flag of Admiralty and Maritime Jurisdiction/Law standing in the Court presiding over my case. I demanded my Federal Constitution 2nd Amendment right to be protected. I then noted in my argument that the Illinois Constitution with regard to the individual Right to keep and bear Arms was an obvious contradiction and infringement to the United States Federal Constitution's 2nd Amendment Right to keep and bear Arms.

I presented how Illinois State Government had used the colorful meanings of words to successfully craft legislation to infringe on my core right to self defense. [That] Under the guise of providing Public Safety they infringed my core lawful right to self defense (beyond the home when traveling). [That] It also gave the police power to infringe my lawful right to self defense under the guise of city ordinances and state statutes to preserve public safety.

[That] This also shows an obvious contradiction between the Police Oath to the U.S. Constitution to protect citizens rights and enforcing state statutes that infringes upon them. The Police cannot honor their Federal Oath to protect Citizens Rights while enforcing a state law/statute that restricts or denies them. The Judge (Linehan) stated his personal opinion that he "believes the Illinois Law is Constitutional" and revealed his prejudice and unbiasness, siding with the State (attorney) and denied my motion. The very next day Tuesday December 12, 2012, It was announced on the news that the United States Court of Appeals, 7th District ruled that Illinois law concerning UUW-Conceal and Carry was Unconstitutional. Illinois was given 180 days to create a new law respecting the Citizens Right to Carry Arms for self defense. The State and Illinois Attorney General willfully crafted enacted and enforced a law in its State Constitution and State Statutes that infringes on my Federally Protected 2nd Amendment Right and my core lawful right to self defense as a American Citizen. They, the Judge (Linehan), State Attorney (Galvin) aggressively attacked my character and integrity within their respective official powers for my willingness to stand firm and sacrifice for the truth and my United States Constitution 2nd Amendment Right and core right to self defense; they willfully persistantly charged prosecuted and denied me my rights under a Unconstitutional voided (colorable) law. This Judge (Linehan) later wrongfully accused me of threatening him for my willingness to fight for my rights that he willfully denied me and recused himself from my case. My claim and exercise of my constitutional right was converted into a crime by the State of Illinois Constitution and State Statutes.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking the Court to provide a Remedy for all injuries and wrongs inflicted upon me by the Chicago Police Dept. and Illinois state Attorneys in this case (ky). Injuries & wrongs including but not limited to: Wrongfully held in CCDOC for 355+ days. Reputation damaged, accused of being a violent criminal, Labeled 'crazy', characterized as a terrorist; Wrongfully Arrested and Federal Constitutional Rights violated (2nd, 3rd, 4th, 5th) Lost wages, Lost property, Legal Fees, Pain and Suffering for me and my children. Denied my right to vote.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29 day of May, 2013

Without prejudice
Edward Hambrick
(Signature of plaintiff or plaintiffs)

Edward Hambrick
(Print name)

635162 or 2013040801 3
(I.D. Number)

CCDOC

2600 S. California

Chg, IL 60608
(Address)

6